expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

160 A.3d 1279

IN THE MATTER OF J. ELLIOT STOLZ, A/K/A JARED E. STOLZ, AN ATTORNEY AT LAW (ATTORNEY NO. 019621990)

June 1, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 16–392 of **J. ELLIOT STOLZ, A/K/A JARED E. STOLZ**, of **FLEMINGTON**, who was admitted to the bar of this State in 1990;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and *Rule* 1:20–20 (rule imposing certain restrictions on suspended attorneys);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(c), *RPC* 8.4(d) and *Rule* 1:20–20, and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having further determined that the stipulated facts supported a violation of *RPC* 8.1(b) (failure to disclose a fact necessary to correct a misapprehension known by the person to have arisen in the matter);

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical

conduct and having granted the motion for discipline by consent in District Docket No. XIV–2016–0588E and XIV–2016–0589E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **J. ELLIOT STOLZ, A/K/A JARED E. STOLZ**, of **FLEMINGTON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.